# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    SA CV09-1203-DOC(ANx)                                    Date    February 19, 2010

Title    U.S. BANK NATIONAL ASSOCIATION ND -V- ELENDER ESCROW INC., ET. AL.,

Present: The
Honorable                    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE
                                MARCH 5, 2010


        Counsel are hereby ordered to show cause in writing no later than **March 5, 2010**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff(s) response.

        Counsel is advised that the Court will consider the filing of:

        <u>X</u>            Answer by defendant(s)

        <u>X</u>            Plaintiffs filing of request for the clerk to enter default, default judgment or
                        filing of a motion for entry of default judgment

on or before the date upon which the response is due.


        The Clerk shall serve this minute order on counsel for all parties in this action.


                                                                    :        0

                                        Initials of Preparer    kh