**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-1203-DOC (ANx)                              Date:  January 27, 2014

Title: U.S. BANK NATIONAL ASSOCIATION N.D. v. ELENDER ESCROW, INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING STATUS CONFERENCE**

     This is a case with a long history and has moved back and forth between this Court and the United States District Court for the District of Arkansas.  On November 14, 2013, the Court entered default judgment and on December 2, 2013, it entered final judgment in a related case against the same plaintiff and most of the same defendants. *See Mark and Karla Gibbs, et al. v. PrimeLending, et al.*, No. 13-CV-00887-DOC, Dkts. 281, 283.  The Court notes that in this case, there is a pending motion for default judgment that is nearly identical to the one in the above-mentioned case.

     In order to determine (1) whether Plaintiff U.S. National Bank's Motion (Dkt. 74) should still be decided and (2) how to proceed in this case, the Court hereby ORDERS parties to attend a status conference on February 24, 2014 at 8:30am.

     If parties prefer not to physically attend a status conference, they may file briefing to answer this Court's two questions on or before February 3, 2014, and the Court will consider vacating the hearing.

Clerk's Initials: jcb